Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E:mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSITA GONZALES-DELFIN, | ) Case No.: SA CV 08-CV-01122-FMO |
| Plaintiff, | ) ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA). |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of $5,000.00 (Five Thousand dollars and no cents), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the parties' Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act.

DATED: 6/30/10                _____/s/_____
                                   FERNANDO M. OLGUIN
                                   UNITED STATES MAGISTRATE JUDGE